**1234 ATTORNEY GENERAL vs. PROBATE JUDGE (Van Buren),** 30 M., 385.

To compel respondent to appoint an inspector of alcoholic liquors under Comp. Laws 1871, Sec. 1449-57.

Denied October 21, 1874, on the ground that the Act is defective.

**1235 ATTORNEY GENERAL vs. HUEBNER (County Treasurer),** Wayne), No. 12736½, 91 M., 436.

To compel respondent to refrain from receiving and receipting for liquor taxes before the filing of the statutory bond.

Granted April 22, 1892, without costs. See Rode vs. Phelps (Co. Treas.) (1244).

**1236 BROWN vs. KNAPP (County Treasurer), 54 M., 132.**

To compel a County Treasurer to permit the inspection of liquor bonds filed in his office, by a member of the Board of Review of the City of Ann Arbor.

Granted June 11, 1884, with costs.